|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL McDONALD,

　　　　Plaintiffs,

　　v.

COMPUCON, INC., et al.,

　　　　Defendants.

**\*E-FILED - 12/23/05\***

CASE NO.: C-04-03289-RMW

**ORDER OF DISMISSAL**

　　The Court having been advised on December 14, 2004, that this case has been settled and no party having advised that the settlement has fallen through.

　　It is hereby ordered that this case is dismissed with prejudice.

　　The Clerk may close the file.

DATED: December 23, 2005

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Case No. C-04-03289-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
Case No. C-04-03289-RMW

2